FILED
United States Court of Appeals
Tenth Circuit

February 3, 2009

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

MARTIN SOTERO MENZOR,

Defendant-Appellant.

No. 08-1195

District of Colorado

(D.C. No. 1:07-CR-00115-DME-1)

**ORDER AND JUDGMENT**[*]

Before **LUCERO**, **MURPHY** and **McCONNELL**, Circuit Judges.

Defendant-Appellant Martin Menzor appeals his conviction for possession

of a firearm or ammunition after prior conviction for a felony, in violation of 18

U.S.C. § 922(g)(1).  The sole issue raised on appeal is that the Tenth Circuit

Pattern Jury Instruction defining reasonable doubt, which was used in his case,

unconstitutionally diminishes the proof required for conviction.  As he recognizes

in his brief, this argument is foreclosed by circuit precedent.  *United States v.*

---

[*]After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination
of this appeal.  *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  This case is
therefore submitted without oral argument.  This order and judgment is not
binding precedent, except under the doctrines of law of the case, res judicata, and
collateral estoppel.  It may be cited, however, for its persuasive value consistent
with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

*Conway*, 73 F.3d 975, 980 (10th Cir. 1995). The argument is presented solely for preservation of the issue for potential en banc or Supreme Court review.

The judgment of the United States District Court for the District of Colorado (Ebel, J., sitting by designation), is **AFFIRMED**.

Entered for the Court,

Michael W. McConnell
Circuit Judge